# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3147
_____

Maxim V. Kuklin

*Plaintiff - Appellant*

v.

Regents of the University of Minnesota; Thomas J. Anderson, individually and in his official capacity; Richard B. Beeson, individually and in his official capacity; Mary Benner, individually and in her official capacity; Linda A. Cohen, individually and in her official capacity; Shawn Curley, individually and in his official capacity; Elizabeth Davis, individually and in her official capacity; Karen Hanson, individually and in her official capacity; Michael D. Hsu, individually and in his official capacity; Dean E. Johnson, individually and in his official capacity; Aseem Kaul, individually and in his official capacity; Scott Lanyon, individually and in his official capacity; Peggy E. Lucas, individually and in her official capacity; David J. McMillan, individually and in his official capacity; Abdul M. Omari, individually and in his official capacity; Kendall J. Powell, individually and in his official capacity; Joseph Ritter, individually and in his official capacity; Darrin M. Rosha, individually and in his official capacity; Harry Sapienza, individually and in his official capacity; Myles Shaver, individually and in his official capacity; Patricia S. Simmons, individually and in her official capacity; Steven A. Sviggum, individually and in his official capacity; Paul Vaaler, individually and in his official capacity; Joel Waldfogel, individually and in his official capacity; Shaker A. Zahra, individually and in his official capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 1, 2019
Filed: July 5, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Maxim Kuklin appeals following the district court's[1] dismissal with prejudice of his pro se civil action related to his termination from a graduate program at the University of Minnesota. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper. *See Montin v. Moore*, 846 F.3d 289, 292 (8th Cir. 2017) (reviewing Fed. R. Civ. P 12(b)(6) dismissal de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Katherine M. Menendez, United States Magistrate Judge for the District of Minnesota.